U.S. District Court
Middle District of Florida
Ocala Division

**GOVERNMENT EXHIBIT**

Exhibit No.: 2

Case No.: 5:26-mj-1026-PRL

UNITED STATES OF AMERICA

vs.

ERIC DEVON LAZENBY

Date Identified: 2-5-26
Date Admitted: 2-5-26

FILED
2015 SEP 22 PM 3:08
BARBARA T. SCOTT
CLERK OF THE CIRCUIT COURT
ST. LUCIE CTY., FLA.

# STATE OF FLORIDA
## DEPARTMENT OF CORRECTIONS
### VIOLATION REPORT

☐ REPORT CONTAINS CONFIDENTIAL INFORMATION

Date: September 16, 2015      ☐ MANDATORY RETAKING FROM: _____

To: Honorable John L. Burns         From: Scott White, CPSO
Name: Eric Lazenby                  DC No: Y50513     Circuit: 20
Case No: 12-1250F                   UC No:
Scheduled Termination Date: 10-17-2015

### REQUESTING

☐ Violation of Probation Hearing-Warrantless Arrest Conducted   ☒ Warrant for Arrest (Violation of Probation)   ☐ Violation of Probation Hearing without Warrant- (Notice to Appear)   ☐ No further action

### TYPE OF REPORT

☒ Non-Compliance with Conditions     ☐ Arrest/New Charge     ☐ Warrantless Arrest
☐ Delinquent Monetary Obligations Only

### LOCATION

☒ At Large
☐ In Custody
☐ On Bond             Current Address        3601 Rockledge Dr
☐ ROR                                        Columbus, OH 43223
☐ Absconder

(1) **HOW VIOLATION OCCURRED:**
As to violation of Condition (10) of the order of Probation, in that the offender was ordered by the court to pay cost of court and fines in the amount of $525. As of the date of this report the offender has made no payments towards court costs/fines since being placed on supervision. The offender was contacted by this officer on July 7, 2015 in regards to his remaining balance owed. The offender was aware of what he owed and advised that he would pay remaining balance in full. The offender has been employed since being placed on probation according to his probation officer in Ohio and therefore has had the ability to make an effort to pay but has willfully failed to do so.

As to violation of Special Condition (1) of the order of Probation in that the offender was ordered to complete 150 hours of community service hours. As of the date of this report the offender has not provided any proof to this officer that he has completed any of the hours ordered by the court. This officer spoke with the offender on July 7, 2015 in reference to his hours not being completed. The offender advised that he would have his hours completed prior the date of this report. This officer attempted to contact the offender on September 14, 2015. This officer left a message for the offender to contact me. The offender has not returned my call to update me on his status.

(2) **OFFENDER'S STATEMENT:** The offender was advised on July 7, 2015 as to balance of monetary obligations and community service hours. The offender advised that he would make sure that all were completed prior to termination from probation.

(3) **HISTORY OF SUPERVISION:** ☒ ADJUDICATION WITHHELD ☐ ADJUDICATED
Original sentence: The offender appeared before the court on October 18, 2012 in reference to case 12-1250F count 1, False Imprisonment. On that date the offender was sentenced to thirty-six (36) months probation.

**Prior violation(s) of supervision for all periods of supervision and disposition(s) of violation(s) include the following:**

None

**RESIDENCE:** ☒ STABLE
Resides with: The offender resides at 3601 Rockledge Dr., Columbus, OH. The offender was transferred via interstate compact immediately after sentencing.

**EMPLOYMENT:** ☒ UNEMPLOYED
Current Employer/school name and address: The last employer listed by current probation officer was Pizza Hut.

**RESTITUTION:** ☒ N/A

**COURT COSTS/FINES:** ☒ DELINQUENT

Original Obligation: $525        Current Balance: $525
The offender has not made any payments since being placed on supervision.

**ELECTRONIC MONITORING:** ☒ N/A

**COST OF SUPERVISION:** ☒ DELINQUENT

Original Obligation: $50        Current Balance: $50
The offender has not made any payments since being placed on supervision.

**PUBLIC SERVICE WORK:** ☒ DELINQUENT

Total Hours Imposed: 150        Current Balance: 150
The offender has not completed any hours since being placed on supervision.

**TREATMENT STATUS:** ☒ N/A

(4)    **RECOMMENDATION:** It is the recommendation of the Department of Corrections that the current term of supervision be revoked and terminated and that the offender be sentenced to ~~364 days~~ in the Charlotte County Jail.

The foregoing is true and correct to the best of my knowledge and belief.

_____        Approved: _____
Scott White, Officer                                     Doug Skelly, Supervisor